**FILED**

JUL 2 3 2025

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

DAVID CREWS, CLERK
By_____ Deputy

UNITED STATES OF AMERICA

v.

CRIMINAL NO. 4:25CR 124
18 U.S.C. § 922(a)(6)
18 U.S.C. § 932 (b)(1)

DOMINIKKA NICOLE THOMAS

18 U.S.C. § 1503

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about January 16, 2023, in the Northern District of Mississippi, the defendant, DOMINIKKA NICOLE THOMAS, in connection with the acquisition of a firearm, a Stoeger, model STR-9SC, 9mm caliber pistol, from FFL #1, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to FFL #1, which statement was intended and likely to deceive FFL #1, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under Chapter 44 of Title 18, in that the defendant represented on ATF Form 4473 that 1) she was purchasing the firearm for herself, when she then well knew that she was in fact purchasing the firearm for another person; 2) she was an unlawful user of and addicted to marijuana; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

### COUNT TWO

On or about January 16, 2023, in the Northern District of Mississippi, the defendant, DOMINIKKA NICOLE THOMAS, did knowingly purchase a firearm, to wit: a Stoeger, model STR-9SC, 9mm caliber pistol, in or otherwise affecting interstate or foreign commerce for, on

behalf of and at the request and demand of Lavoris Donte McGee, Jr., knowing or having reasonable cause to believe that Lavoris Donte McGee, Jr. was under indictment for a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Section 932(b)(1).

## COUNT THREE

On or about March 15, 2023, in the Northern District of Mississippi, the defendant, DOMINIKKA NICOLE THOMAS, in connection with the attempted acquisition of a firearm, a Radical Arms, Model Forged, 5.56 caliber pistol, from FFL #1, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to FFL #1, which statement was intended and likely to deceive FFL #1, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under Chapter 44 of Title 18, in that the defendant represented on ATF Form 4473 that 1) she was purchasing the firearm for herself, when she then well knew that she was in fact purchasing the firearm for another person; 2) she was an unlawful user of and addicted to marijuana; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT FOUR

On or about May 13, 2025, in the Northern District of Mississippi, the defendant, DOMINIKKA NICOLE THOMAS did corruptly influence, obstruct and impede or endeavor to influence, obstruct and impede the due administration of justice in a federal supervised release revocation hearing then being held before the United States District Court for the said District entitled, *United States v. Lavoris McGee, Jr.* No. 3:23cr3, by giving false testimony in the hearing in that the hearing was to determine whether or not Lavoris McGee, Jr. possessed a firearm in

violation of his supervised release. At the time and place alleged, DOMINIKKA NICOLE THOMAS, while under oath, did knowingly declare before said Court that she was standing at the front door looking out of clear glass and saw McGee run into the house, holding up his pants and not a gun, when in fact, a dash camera video showed that THOMAS was not standing in the front door when McGee drove up and ran into the house and therefore did not witness him pull up into the driveway and run into the house as she stated under oath that she did, in violation of Title 18, United States Code, Section 1503.

## FORFEITURE NOTICE

The allegations contained in Counts One through Three of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c). Upon conviction of any of the offenses in violation of Title 18, United States Code, Section 922(g) set forth in Counts One through Three of this Indictment, the defendant, DOMINIKKA NICOLE THOMAS, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to: a Stoeger, model STR-9SC, 9mm caliber pistol.

If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e.   has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title

21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section

2461(c).   All pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

A TRUE BILL

_____
CLAY JOYNER
UNITED STATES ATTORNEY

/s/ Signature Redacted
FOREPERSON